IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILLE Q. PAED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 15-01980 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Paed v. Wells Fargo Bank, N.A.*, Case No. 12-3145 RS. The hearings set for July 10, 2015 at 9:00 a.m. and the case management conference set for July 31, 2015 at 11:00 a.m. are HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

**IT IS SO ORDERED.**

Dated: May 20, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE