IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILLE Q. PAED, et al.,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 15-01980 JSW

**ORDER RESETTING DATES**

    The Court HEREBY RESETS the hearing on the pending motion to dismiss for July 10, 2015 at 9:00 a.m. and the case management conference for July 31, 2015 at 11:00 a.m. Plaintiff's deadline to file an opposition to the motion to dismiss remains set for May 22, 2015, which is two weeks from the date Defendant initial filed its motion.

    **IT IS SO ORDERED.**

Dated: May 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE