Arasto Farsad, ESQ. (SBN 273118)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, California 95054
Telephone Number: (408) 641 – 9966
Facsimile Number: (408) 866 – 7334
Email Address: FarsadLaw1@gmail.com

Attorney for Plaintiffs
  CECILLE Q. PAED and
  GENARO Q. PAED, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CECILLE Q. PAED and GENARO Q. PAED, JR., <br><br>  Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., successor in interest to WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK; CAL-WESTERN, a California corporation; and DOES 1-10 inclusive, <br><br>  Defendant(s). | Case No.: 3:15-CV-01980-JSW <br><br> **PLAINTIFF'S REPLY / RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Hearing Judge:   Hon. Jeffrey S. White <br><br> Property Address:   106 Buxton Avenue <br>                    S. San Francisco, California |

TO THE HONORABLE JEFFREY S. WHITE, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE ATTORNEYS OF RECORD: Plaintiffs CECILLE Q. PAED and GENARO Q. PAED, JR., by and through their counsel, ARASTO FARSAD of the FARSAD LAW OFFICE, P.C., hereby submit their Reply / Response to the Order to Show Cause issued by the Honorable Jeffrey S. White on

- 1 -

July 6, 2015, via the ruling on the Motion to Dismiss.

1. Plaintiffs' counsel has been in settlement discussions with counsel for the Defendant(s).

2. Based on the negotiations and the progress made to date, it appears that the case can be resolved favorably to all parties involved, outside of the instant litigation.

3. Plaintiffs accordingly request that the Court dismiss the instant case, without prejudice.

## I.     CONCLUSION

For the foregoing reasons state above, Plaintiffs respectfully requests that the Court dismiss the instant case.

/s/ *Arasto Farsad*
Arasto Farsad, ESQ.
Attorney for Plaintiffs
CECILLE Q. PAED and
GENARO Q. PAED, JR.

Dated: **July 11, 2015**

Plaintiff's Response / Reply to the Order to Show Cause            Case No.: 3:15-CV-01980-JSW